Matter of McClarin v Whitehead (2025 NY Slip Op 03938)

Matter of McClarin v Whitehead

2025 NY Slip Op 03938

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

560 CAF 23-01720

[*1]IN THE MATTER OF LATISHA M. MCCLARIN, PETITIONER-APPELLANT,
v
TIMOTHY WHITEHEAD, SR., RESPONDENT-RESPONDENT. (APPEAL NO. 6.) 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
REBECCA J. TALMUD, WILLIAMSVILLE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered September 26, 2023, in a proceeding pursuant to Family Court Act article 8. The order granted respondent's motion to, inter alia, dismiss the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of McClarin v Whitehead ([appeal No. 2] — AD3d — [June 27, 2025] [4th Dept 2025]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court